# IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,

Appellant,

vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, A GOVERNMENT
SPONSORED ENTITY; AND OCWEN
LOAN SERVICING, LLC,

Respondents.

No. 79251

**FILED**

FEB 26 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Richard Scotti, District Judge
     Stephen E. Haberfeld, Settlement Judge
     Kim Gilbert Ebron
     Wright, Finlay & Zak, LLP/Las Vegas
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-07776